AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

FILED
07 FEB 21   AM 8:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                                                                    DEPUTY

UNITED STATES OF AMERICA
V.
ADOLFO FLORES-CORTES (1)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 2002CR3339-R

Federal Defenders, Inc., by: Carol N. Chodroff
Defendant's Attorney

REGISTRATION No. 85424198

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No.   ONE AND TWO
[ ] was found in violation of allegation(s) No.   _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |
| 2 | Illegal entry into United States (nv35) |

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

FEBRUARY 5, 2007
Date of Imposition of Sentence

_For / signed in his absence_ /s/ USDJ
HONORABLE JOHN S. RHOADES
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: ADOLFO FLORES-CORTES (1)
CASE NUMBER: 2002CR3339-R

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

FIFTEEN (15) MONTHS CONSECUTIVE TO SENTENCE IMPOSED IN 2006CR1362-LAB

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before _____
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

2002CR3339-R